# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134316

BRIAN JOHN DOWELL and KELLY DOWELL,
        Plaintiffs-Appellees,

v

                                                                    SC: 134316
COA: 274532
Macomb CC: 2005-003918-NH

BARBARA ANN MARSACK,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 22, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2007

Clerk

d1128